

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: August 21, 2019

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
    Aszur Delorse Holt,                                            **CASE NO. 19-02910 KMS**

            **DEBTOR(S).**                                                **CHAPTER 7**

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #6) entered on August 14, 2019, regarding why the case should not be dismissed for failure to file the Certificate of Credit Counseling in the above-styled case.   The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##